01
02
03
04
05                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07 | UNITED STATES OF AMERICA,          )
                                        )  Case No. CR03-0094-MJP-JPD
08 |        Plaintiff,                  )
                                        )
09 |   v.                               )  SUMMARY REPORT OF U.S.
                                        )  MAGISTRATE JUDGE AS TO
10 | MICHELLE LAVA ST. ONGE,            )  ALLEGED VIOLATIONS
                                        )  OF SUPERVISED RELEASE
11 |        Defendant.                  )
   |_____)
12

13      An initial hearing on a petition for violation of supervised release was held before the

14 undersigned Magistrate Judge on February 9, 2006.  The United States was represented by

15 Assistant United States Attorney Carl Blackstone, and the defendant by Ms. Paula Deutsch.  The

16 proceedings were recorded on cassette tape.

17      The defendant had been charged and convicted of conspiracy to possess stolen mail and

18 production of false identification documents without lawful authority in violation of 18 U.S.C.

19 § 371.  On or about July 18, 2003, defendant was sentenced by the Honorable Marsha J.

20 Pechman to thirteen (13) days in prison, followed by three (3) years of supervised release.

21      The conditions of supervised release included the requirement that the defendant comply

22 with all local, state, and federal laws, and with the standard conditions.  Special conditions

23 imposed were substance-abuse and mental-health treatment, mandatory drug testing, abstinence

24 from alcohol, search and seizure consent, no firearms or destructive devices, 180-day CSC

25 placement, computer inspection, disclosure of all computer equipment and software, no new

26 credit, prohibition from possessing identification in any other name, financial disclosure, and

restitution.

In a Report on Offender Under Supervision dated January 12, 2006, U.S. Probation Officer Michael J. Larson asserted the following violation by defendant of the conditions of her supervised release:

(1) Using methamphetamine on or before December 3, 2005, in violation of standard condition No. 7.

The defendant has admitted to the violation, and and waived any rights to an evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation No. 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation No. 1 will be set before the Honorable Marsha J. Pechman at a time to be determined.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 9th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         Honorable Marsha J. Pechman
    AUSA:                   Mr. Carl Blackstone
    Defendant's attorney:   Ms. Paula Deutsch
    Probation officer:      Mr. Michael Larson

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2