UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MICHELLE LAVAL ST. ONGE,　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>_____ ) | Case No. CR03-0094-MJP-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 9, 2006. The United States was represented by Assistant United States Attorney Kathryn Frierson, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Possess Stolen Mail and Producing False Identification Documents Without Lawful Authority. On July 18, 2003, defendant was sentenced by the Honorable Marsha J. Pechman to thirteen (13) days in prison, to be followed by three (3) years of supervised release. After defendant's release from custody, on three separate occasions the U.S. Probation Office has intervened because of alleged infractions of the terms of her supervised release, specifically, repeated use of amphetamine and methamphetamine. One infraction resulted in revocation of defendant's initial supervised release. She then was sentenced to fourteen (14) days in custody, also to be

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

followed by supervised release.  At present, Ms. St. Onge's supervised release is scheduled to be completed on June 18, 2007.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance-abuse and mental-health program participation, financial disclosure, mandatory drug testing, no firearms or destructive devices possession, abstinence from alcohol, consent to search and seizure, 180-day service in a community correctional center , computer inspection, disclosure of all computer software owned, operated, and/or acquired on supervision, no new credit to be obtained, and prohibition from possessing identification documents in no other name than her own.

In a Petition for Warrant or Summons dated October 18, 2006, U.S. Probation Officer Stephen M. McNickle asserted the following violations by defendant of the conditions of her supervised release:

(1)     Using amphetamine on or before September 21, 2006, in violation of standard condition number 7.

(2)     Using methamphetamine on or before September 21, 2006, in violation of standard condition number 7.

The defendant was advised of the allegations and advised of her rights.  Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition.  A disposition hearing has been set before the Honorable Marsha J. Pechman for Friday, January 5, at 11:15 a.m.

Pending a final determination by the Court, the defendant has been released on bond,

subject to continued supervision.

DATED this 13th day of November, 2006.

*[signature: James P. Donohue]*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Ms. Kathryn Frierson
Defendant's attorney: Ms. Paula Deutsch
Probation officer: Mr. Steven M. McNickle